UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                  Case No. 19-cv-11684
                                          Hon. Matthew F. Leitman

v.

DAVID MARTIN KATZ, et al.,

    Defendants.
_____/

**ORDER GRANTING NON-PARTIES' MOTION FOR CLARIFICATION OR MODIFICATION OF DEFENDANTS KATZ AND ZACK'S ORDER SETTING CONDITIONS OF RELEASE AND CLOSING ACTION**

For the reasons stated on the record, Non-Parties' Motion for Clarification or Modification of Defendant Katz and Zack's Order Setting Conditions of Release is GRANTED. An order modifying the conditions of release shall enter in Katz and Zack's criminal case (E.D. Mich 18-20368). This action is CLOSED.

    **IT IS SO ORDERED.**

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2019, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764